**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERIN R. AMIE,<br><br>                Petitioner,<br><br>                v.<br><br>STATE OF CALIFORNIA, et.al.,<br><br>                Respondent. | CASE NO. CV 22-6329-JVS (AS)<br><br>**ORDER OF DISMISSAL** |

On September 2, 2022, Erin R. Amie ("Petitioner"), a California state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus ("Petition"). (Dkt. No. 1). On October 25, 2022, the assigned Magistrate Judge issued an Order, noting the deficiencies in the Petition and requiring Petitioner to file a First Amended Petition to include information about his conviction, sentence or other related state court proceedings, to set forth any claims with supporting facts and indicate whether the alleged claims have been exhausted. (Dkt. No. 7). On November 21, 2022,

Petitioner filed a First Amended Petition. (Dkt. No. 8). On November 30, 2022, the Court issued an Order requiring Petitioner to file a Second Amended Petition because the First Amended Petition had failed to remedy the deficiencies set forth in the Court's October 25, 2022 Order. (Dkt. No. 9).

On January 3, 2023, the Court received Petitioner's letter to the Court, dated December 28, 2022, indicating that he is closing "[his] petition with [the] court, because I [first] have to go to the lower courts." See Dkt. No. 10. The Court construes Petitioner's submission as a request for voluntary dismissal. Accordingly, IT IS ORDERED that the First Amended Petition is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 11, 2023

                              JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
  ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE